**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF K.L.V. | : No. 166 WAL 2018 |
| | : |
| | : |
| PETITION OF: C.R. | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.